UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

EDWARD THOMAS KENNEDY,         )
                               )
        Plaintiff,             )       Civil Action No. 19-cv-124
                               )
vs.                            )
                               )       NOTICE OF APPEAL
BOROUGH OF MINERSVILLE,        )
        et al.,                )
                               )
        Defendants.            )
                               )

**NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Edward Thomas Kennedy, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Third Circuit from orders entered in this action on the 11th day of September, 2019, ECF Doc 16, Memorandum Order.

*/s/ Edward Thomas Kennedy*

_____

Edward Thomas Kennedy, *Plaintiff*

800 Court St., Apt 223
Reading, PA 19601
Phone: (415) 275-1244.

*Plaintiff is self-represented.*

*Date: September 23, 2019.*