EDWARD THOMAS KENNEDY,
    Appellant

v.

BOROUGH OF MINERSVILLE; RICHARD C. CLINK;
THOMAS G. SAYLOR.; SUPREME COURT OF PENNSYLVANIA;
MEGAN BRENNAN; THOMAS MARSHALL;
UNITED STATES POSTAL SERVICE